1:08-cv-783
Judge Weber
Mag. Judge Black

(1) Do(s)
Handwriting
copies

Joseph Kurt Kuenzler
#1323249
Location-Medical-2
Hamilton County Justice
Center
900 Sycamore St.
Cincinnatti, Ohio
45202

November 3rd, 2008

RE: Serious Bodily Injury
I suffered by your
Correctional/Deputy
Sheriff(s)

Sheriff: Mr. Simon Leis (and) or Designee

On November 2nd, 2008 after being taken into your custody I was violently assualted by (respondent liability) one of your agents acting under your authority, by virtue of —

(e.g., We have No-Access to (or) A Law-Library (or) Grievance Officer)

Policy, custom, and or municipality where you derive your power.

I was assaulted unprovoked and suffered broken-ribs and a broken-nose/face.

Effectuated by your agent who either has anger management problems, or is on steroids and or illegal drugs.

You've suspended my/our Constitutional Rights. I'm in excruciating pain with No-relief, No-Blankets, No-Towels, No-Whites, Socks, etc...

Please assist me. Could we speak with someone over the conditions. Sincerely,

Joseph Kirk

CC: Federal Judge:
Mrs./Ms. Sandra S. Beckwith
U.S. District Court
100 East 5th St.
Suite 103
Cincinnati, (2) Ohio 45202

RECEIVED
NOV 05 2008
JAMES BONINI, Clerk
CINCINNATI, OHIO